JUDGE COTE

08 CV 5460

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CIBC INC. and<br>CIBC WORLD MARKETS CORP.<br><br>-v-<br><br>THE UPPER DECK COMPANY | Plaintiff,<br><br>Case No. _____<br><br>**Rule 7.1 Statement**<br><br>Defendant. |

RECEIVED
JUN 17 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CIBC WORLD MARKETS CORP.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

CANADIAN IMPERIAL BANK OF COMMERCE ("CIBC"), the parent corporation, is traded on the Toronto Stock Exchange and the New York Stock Exchange, under the symbol CM.

Date: 6/17/08

Signature of Attorney

Attorney Bar Code: LC-8385

Form Rule7_1.pdf  SDNY Web 10/2007